**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

KID CITY USA ENTERPRISES, INC.,

Debtor.
_______________________________/

CASE NO.: 3:26-BK-00004-BAJ
CHAPTER 11

# AMENDED MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT BETWEEN THE DEBTOR AND MIDWAY ENTERPRISES[1]

**Notice of Opportunity to Object and for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, FL 32202 and mail a copy to the moving party's attorney, Byron Wright III at Bruner Wright, P.A., 2868 Remington Green Circle, Tallahassee, FL 32308, within twenty one (21) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Kid City USA Enterprises, Inc., as debtor and debtor in possession (the "Debtor"), by and through its undersigned counsel and pursuant to Section 105 of the Bankruptcy Code[2] and Bankruptcy Rule[3] 9019, requests the entry of an order authorizing and approving the terms of an

[1] The instant Motion is being amended solely to remove typographical errors.
[2] All references herein to the "Bankruptcy Code" are to the applicable section of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.
[3] All references herein to the "Bankruptcy Rules" are to the applicable Federal Rules of Bankruptcy Procedure.

agreement as set below, by and among the Debtor and Midway Associates ("Midway"). In support of this Motion, the Debtor states as follows:

## GENERAL BACKGROUND

1. On January 2, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (ECF No. 1) (the "**Petition Date**").

2. Since the Petition Date, the Debtor has continued to operate its businesses and manage its properties as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Debtor is the franchise company for Kid City USA childcare centers. Audrey Bruner, the Debtor's owner and founder, started Kid City USA in the year 2000.

4. At its peak, the Debtor had approximately 148 franchise locations across the country. When the new administration took office in 2025, government funding to many different programs and agencies was significantly decreased. Unfortunately for the Debtor and its franchisees, they were severely impacted as many of the children who attended the Kid City USA childcare centers depended on government assistance to pay their tuition. The lack of funding resulted in a drastic drop in enrollment numbers which had a domino effect on the franchisees and this Debtor who depends on royalties paid from franchisees to operate (just like any other franchise).

5. As the Court is aware, the Debtor filed this case to reorganize, restructure its debt, and pursue any claims it may have against third parties to bring money into the estate to pay its creditors.

## BACKGROUND & TERMS

6. Prior to the Petition Date, Midway received a Final Judgment against the Debtor in state court for the sum of $2,396,904.79.

7. Based on the above Final Judgment, on November 24, 2025, Midway filed a Motion for Writ of Garnishment regarding Garnishee Bank of America, N.A.

8. On December 12, 2025, Garnishee Bank of America, N.A. served its Answer of Garnishee, which stated that Bank of America, N.A. had set aside $14,442.59 in accounts owned by the Debtor. Shortly thereafter, the Debtor filed the instant case and the money had not yet been paid to Midway.

9. After the Petition Date, Midway and the Debtor agreed to stipulate the dissolution of Midway's Writ of Garnishment directed to Garnishee, Bank of America, N.A. The parties further stipulated that the $14,442.59 (the "Garnished Funds") held by Garnishee, Bank of America, N.A. would be paid to the Debtor's counsel's trust account, to be held for the benefit of Midway pending further order of this Court.

10. The parties have a genuine dispute about the treatment of the Garnished Funds currently held in Debtor's counsel's trust account.

11. Among other issues, the parties recognize that litigation concerning the avoidability and recoverability of the Garnished Funds could involve factual and legal disputes concerning the elements and defenses applicable to a preference claim, including, without limitation, the timing of the transfer, the nature and amount of the Creditor's claim, the applicable preference period, and any defenses that may be available to the Creditor under 11 U.S.C. § 547(c).

12. The parties have engaged in good-faith discussions concerning the disputed Garnished Funds and have reached an Agreement that they believe is fair, reasonable, and in the best interests of the bankruptcy estate.

13. Pursuant to the Agreement, the parties have agreed that the Garnished Funds will be divided equally between the Debtor and the Creditor.

14. Specifically, the Creditor shall retain or receive approximately fifty percent (50%) of the Garnished Funds, in the amount of $7,221.29 and fifty percent (50%) of the Garnished Funds, in the approximate amount of $7,221.30, shall be retained by Debtor's counsel for the benefit of the estate..

15. The Agreement is intended to fully and finally resolve all claims, disputes, causes of action, and potential causes of action between the Debtor and the Creditor arising out of or relating to the Garnishment and the Garnished Funds.

**Memorandum of Law**

16. Federal Rule of Bankruptcy Procedure 9019(a) provides that, after notice and a hearing, a court may approve a proposed settlement.

17. The Eleventh Circuit Court of Appeals has promulgated the following test for approval of a settlement:

a. The probability of success in litigation;

b. The difficulties, if any, to be encountered in the matter of collection;

c. The complexity of the litigation involved and the expense, inconvenience, and delay associated therewith; and

d. The interest of the creditors and a proper deference to their reasonable views regarding the matter.[4]

18. Pursuant to the standard set forth in *Justice Oaks II*, the Settlement Agreement between the Parties should be approved by this Court.

19. The Parties recognize the high costs of litigation and their respective probabilities of success.

---

[4] *In re Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir. 1990).

20. The Debtor submits that this Agreement is in the best interests of the Debtor's estate and its creditors.

21. As a result of this Agreement, the parties will save time and money on attorneys' fees litigating a preference action. Further, the Debtor will receive money to assist with payment of administrative expenses and/or creditors. This Agreement benefits all Parties involved.

22. The Parties request that the Court grant this Motion and approve the Agreement between the Debtor and Midway.

WHEREFORE, the Debtor respectfully requests that the Court enter an order: (a) granting this motion; (b) approving the agreement between the Debtor and Midway; (c) authorizing the parties to take all steps necessary to effectuate the terms outlined in the Agreement; and (d) providing such further relief that the Court deems appropriate.

Dated: August 19, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By: *<u>/s/ Byron Wright III</u>*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

**CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on August 19, 2026 to the following persons at the email addresses noted herein:

Andrew S Ballentine on behalf of Creditor 760 Vero Beach FL, Inc.
aballentine@nardellalaw.com,
msayne@nardellalaw.com;klynch@nardellalaw.com;ibennett@nardellalaw.com;kcooper@nardellalaw.com

Scott E Bomkamp on behalf of U.S. Trustee United States Trustee - JAX 11
scott.e.bomkamp@usdoj.gov

Benjamin Travis Brown on behalf of Creditor 3130 Clearwater FL, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor CLIC City Bluffton, LLC
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Dream Beelievers, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Hoosier Bee, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Independence Square, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Keep Beelieving, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Kid City USA Crystal River, Inc.
btbrown@bmdpl.com,

tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Riverview Big Bend, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Still Beelieving, Inc.
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Benjamin Travis Brown on behalf of Creditor Lori Strickland
btbrown@bmdpl.com,
tlmotley@bmdpl.com;mrduncan@bmdllc.com;hfdesaussure@bmdllc.com

Robert C Bruner on behalf of Debtor Kid City USA Enterprises, Inc.
rbruner@brunerwright.com,
twright@brunerwright.com;melanie@brunerwright.com;laura@brunerwright.com;skelle
y@brunerwright.com;judy@brunerwright.com;Bruner.RobertR137801@notify.bestcase.
com;brenda@brunerwright.com;nicasia@brunerwright.com

Jane H. Downey on behalf of Creditor Gaines, Willis & Alma
jdowney@bakerdonelson.com

Armistead W Ellis, Jr on behalf of Attorney Armistead W. Ellis
BKpleadings@BiffEllisLaw.com, Pleadings.EllisLaw@gmail.com

Kevin A Forsthoefel on behalf of Creditor Par4 Properties, LLC
kforsthoefel@ausley.com, kreffitt@ausley.com

Angela N Grewal on behalf of Creditor Simmons Bank
angela.grewal@arlaw.com,
jessica.bowers@arlaw.com;vicki.owens@arlaw.com;ari.martinez@arlaw.com;philip.nav
arro@arlaw.com

Jason L Harr on behalf of Creditor Hive Investments, Inc.
lynnwilkins@harrlawfirm.com

Kimberly H Israel on behalf of Creditor Beemer & Associates XX, L.L.C.
kim.israel@kaufmandolowich.com, natalie.nunley@kaufmandolowich.com

Kimberly H Israel on behalf of Creditor The Shoppes of Aberdeen, LLC
kim.israel@kaufmandolowich.com, natalie.nunley@kaufmandolowich.com

Samantha A. Kelley on behalf of Debtor Kid City USA Enterprises, Inc.
skelley@brunerwright.com,
laura@brunerwright.com;twright@brunerwright.com;melanie@brunerwright.com;judy@
brunerwright.com;Kelley.SamanthaA.R137801@notify.bestcase.com

Casey Reeder Lennox on behalf of Creditor Mercedes Benz Financial Services USA, LLC
clennox@lennoxlaw.com, eservice@lennoxlaw.com;alennox@lennoxlaw.com

William B McDaniel on behalf of Creditor Royal Pines Shopping Center BLDG B, LLC
court@lansingroy.com,
wmcdaniel@lansingroy.com;mcdaniel.williamb.b121836@notify.bestcase.com

Edward J. Peterson, III on behalf of Creditor AABBS INC.
epeterson@bergersingerman.com,
jcleaves@bergersingerman.com;jeising@bergersingerman.com;mhoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

Edward J. Peterson, III on behalf of Creditor SSBBA TER LLC
epeterson@bergersingerman.com,
jcleaves@bergersingerman.com;jeising@bergersingerman.com;mhoseth@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com

L William Porter, III on behalf of Creditor Beesnaz Enterprises Inc., d/b/a Kid City USA
bporter@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

L William Porter, III on behalf of Creditor Nana's Hive Inc. d/b/a Kid City USA
bporter@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

L William Porter, III on behalf of Creditor Ocala 35th Hive Inc., d/b/a Kid city USA
bporter@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

L William Porter, III on behalf of Creditor Nazreen Mohammed
bporter@lathamluna.com, bknotice1@lathamluna.com;bknotice2@ecf.courtdrive.com

Richard R Thames on behalf of Creditor Dmello Hospitality, LLC
rrt@thamesmarkey.law,
srb@thamesmarkey.law;brm@thamesmarkey.law;rjs@thamesmarkey.law;keh@thamesmarkey.law

Richard R Thames on behalf of Creditor Dmello Strategic Properties, LLC
rrt@thamesmarkey.law,
srb@thamesmarkey.law;brm@thamesmarkey.law;rjs@thamesmarkey.law;keh@thamesmarkey.law

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Nicolette C Vilmos on behalf of Creditor AABBS INC.
nvilmos@bergersingerman.com,
efile@ecf.courtdrive.com;efile@bergersingerman.com;rpendas@bergersingerman.com

Nicolette C Vilmos on behalf of Creditor SSBBA TER LLC
nvilmos@bergersingerman.com,
efile@ecf.courtdrive.com;efile@bergersingerman.com;rpendas@bergersingerman.com

Stuart Wilson-Patton on behalf of Creditor TN Dept of Revenue
Stuart.Wilson-Patton@ag.tn.gov

Byron Wright, III on behalf of Debtor Kid City USA Enterprises, Inc.
twright@brunerwright.com,
melanie@brunerwright.com;laura@brunerwright.com;skelley@brunerwright.com;judy@brunerwright.com;Wright.ByronR137801@notify.bestcase.com

Allan E. Wulbern on behalf of Creditor 2655 Mannheim, LLC
awulbern@smithhulsey.com, khettinger@smithhulsey.com;cwendt@smithhulsey.com

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on the parties in the attached mailing matrix.

Date: August 19, 2026

*/s/ Byron Wright III*
Byron Wright III

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:26-bk-00004-BAJ<br>Middle District of Florida<br>Jacksonville<br>Wed Aug 19 13:48:50 EDT 2026 | 2655 Mannheim, LLC<br>c/o Allan E. Wulbern<br>Smith Hulsey & Busey<br>1 Independent Drive, Suite 3300<br>Jacksonville, FL 32202-4494 | 3130 Clearwater FL, Inc.<br>3130 N. McMullen Booth Rd.<br>Clearwater, FL 33761-2025 |
| 760 Vero Beach FL, Inc.<br>c/o Brent Perkinson, R.A.<br>3846 Crawley Down Loop<br>Sanford, FL 32773-7129 | Beemer & Associates XX, L.L.C.<br>c/o Kimberly Held Israel, Esq.<br>Kaufman Dolowich<br>301 E. Pine Street<br>Suite 1150<br>Orlando, FL 32801-2741 | Beesnaz Enterprises Inc., d/b/a Kid City USA<br>310 South Highland Street<br>Mount Dora, FL 32757-5702 |
| CLIC City Bluffton, LLC<br>92 Timber Lane<br>Hilton Head, SC 29926-1054 | Dmello Hospitality, LLC<br>c/o Richard R. Thames, Esq.<br>Thames Markey<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202-3614 | Dmello Stategic Properties, LLC<br>c/o Richard R. Thames, Esq.<br>Thames Markey<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202-3614 |
| Dream Beelievers, Inc.<br>13830 N US Hwy. 231<br>Ladoga, IN 47954-8101 | Duval County Tax Collector<br>Laura Boeckman, Asst General Counsel<br>117 West Duval Street, Suite 480<br>Jacksonville, FL 32202-5721 | Hive Investments, Inc.<br>3911 SOUTH NOVA ROAD<br>Port Orange, FL 32127-4910 |
| Hoosier Bee, Inc.<br>1898 W. 3rd St.<br>Jasper, IN 47546-9197 | Independence Square, Inc.<br>4520 Independence Square<br>Indianapolis, IN 46203-5939 | Keep Beelieving, Inc.<br>8046 E. Southport Rd.<br>Indianapolis, IN 46259-6800 |
| Kid City USA Crystal River, Inc.<br>243 NE 7th Terr.<br>Crystal River, FL 34428-3519 | Kid City USA Enterprises, Inc.<br>1899 South Clyde Morris Blvd.<br>Daytona Beach, FL 32119-1580 | Mercedes Benz Financial Services USA, LLC<br>c/o Lennox Law, P.A.<br>PO Box 20505<br>Tampa, FL 33622-0505 |
| Nana's Hive Inc.d/b/a Kid City USA<br>310 South Highland Stree<br>Mount Dora, FL 32757-5702 | Ocala 35th Hive Inc., d/b/a Kid city USA<br>310 South Highland Street<br>Mount Dora, FL 32757-5702 | Par4 Properties, LLC<br>180 Miller Drive<br>Dancono, CO 80514-9420 |
| Riverview Big Bend, Inc.<br>11329 Big Bend Rd.<br>Riverview, FL 33579-7183 | Royal Pines Shopping Center BLDG B, LLC<br>1824 Town Center Blvd., Ste. 201<br>Fleming Island, FL 32003-2312 | Still Beelieving, Inc.<br>924 S. Meridian St.<br>Lebanon, IN 46052-2723 |
| TN Dept of Revenue<br>c/oTN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | The Shoppes of Aberdeen, LLC<br>c/o Kimberly Held Israel, Esq.<br>Kaufman Dolowich<br>301 E. Pine Street<br>Suite 1150<br>Orlando, FL 32801-2741 | 2655 Mannheim, LLC<br>c/o Allan E. Wulbern, Esq.<br>Smith Hulsey & Busey<br>1 Independent Drive, Suite 3300<br>Jacksonville, FL 32202-4494 |
| 2828 Snook LLC<br>Attn: John Gilbert<br>4836 Waterwitch Point Drive<br>Orlando, FL 32806-7825 | 3130 Clearwater FL, Inc.<br>c/o B. Travis Brown, Esq.<br>Brennan, Manna & Diamond, P.L.<br>301 East Pine Street, Suite 500<br>Orlando, FL 32801-2774 | 3170 D. Grand Junction Co., Inc.<br>3170 D. 1/2 Road<br>Grand Junction CO 81504-6101 |

3170 DHALF Road LLC
Attn: Phuoc Pham
3912 Pyramid Court
Superior, CO 80027-6129

45 and Growing, Inc.
c/o Rubin & Levin, P.C.
135 N. Pennsylvania St., Ste. 1400
Indianapolis, IN 46204-2489

760 Vero Beach FL, Inc.
c/o Andrew S. Ballentine, Esq.
135 W. Central Blvd.
Suite 300
Orlando, FL 32801-2435

AAZKC LLC
Attn: Zain Abaumer
9720 Beckinham Place
Orlando, FL 32836

ABBSS, INC
c/o Nicolette C. Vilmos
Berger Singerman, LLP
111 N Magnolia Ave Ste 1450
Orlando, FL 32801-2376

ABBSS, Inc.
12750 Abess Blvd.
Jacksonville, FL 32225-5941

ABBSTER LLC
c/o Elizabeth Billhimer, Esq
4475 Legendary Drive
Destin, FL 32541-5324

ATLEE Development Group Inc
5851 Timquana Rd Suite 301
Jacksonville, FL 32210-7899

Abbason DC1 LLC
Attn: Kim Mulligan
127 W Fairbanks Ave #452
Winter Park, FL 32789-4326

Advanced Security & Communications, LLC
712 S. Timberlane Dr.
New Smyrna Beach, FL 32168-1822

Allan E. Wulbern
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

Altamonte - Douglas Avenue
The Day After Tomorrow
841 Douglas Ave.
Altamonte Springs, FL 32714-2085

Altamonte - Fruitland Street
Bees Yard, Corp.
480 Fruitland St.
Altamonte Springs, FL 32701-7851

Altamonte - Maitland Avenue
Zerina, Inc
290 Maitland Ave.
Altamonte Springs, FL 32701-5513

Amelia Bryanne Harrell
499 Kevin Drive
Orange Park, FL 32073-2776

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Annabelle T 250, LLC
c/o Sizemore Welding
901 East Moody Blvd
Bunnell, FL 32110-5909

Anthony James Early Education
Enterprises - Anthony, Inc
9355 NE Jacksonville Rd.
Anthony, FL 32617-3508

Anthony McLeod PC
Real Estate, LLC
3368 Highway 280
Suite G-15
Alexander City, AL 35010-3375

Apopka Daydreams Child Development Cente
204 S Central Ave.
Apopka, FL 32703-4278

Arab 1
Arab 1 Northgate Drive Inc.
655 Northgate Dr. NW
Arab, AL 35016-1902

Ash Properties
7880 Gale Pkwy
Suite 300
Jacksonville, FL 32256

Audrey Bruner
1899 South Clyde Morris Blvd.
Daytona Beach, FL 32119-1580

Avon
55 N Raceway Road
Indianapolis, IN 46234-9602

B&E Properties
c/o Justin T. Campbell - Thompson Burton
1801 West End Avenue, Suite 1550
Nashville, TN 37203-2604

B. Travis Brown
301 E. Pine Street, Ste. 500
Orlando, FL 32801-2774

B. Travis Brown
Brennan Manna & Diamond, LLC
301 E. Pine St., Ste. 500
Orlando, FL 32801-2774

BAGS Realty LLC
Attn: Guatam Mekala
3515 Alexandrite Way
Round Rock, TX 78681-2437

BC Summit LLC
PO Box 12016
Wichita, KS 67277-2016

BER Management
Attn: Brian Markley
P.O. Box 251
Franktown, CO 80116-0251

Bank of America
100 N Tryon Street
Suite #220
Charlotte, NC 28202-4031

Bardstown Wheat Bees, Inc.
104 Keystone Ave
Bardstown, KY 40004-3266

Bargersville
2805 South Grove Blvd.
Bargersville, IN 46106

Beach Blvd 7044 Beach Blvd FL, Inc
7044 Beach Blvd.
Jacksonville, FL 32216-2831

Beach For ME LLC
Attn: Kristina Bortle
2423 SW 147th Ave
#2028
Miami, FL 33185-4082

Beach for Me, LLC
2423 SW 147th Ave
Miami, FL 33185-4082

Beech Grove 4520 Independence Square, In
4520 Independence Sq.
Indianapolis, IN 46203-5939

Beech Grove 4521 Independence Square, In
4521 Independence Sq.
Indianapolis, IN 46203-5940

Beech Grove 4545 Independence Square, In
4545 Independence Sq.
Indianapolis, IN 46203-5940

Beemer and Associates XX LLC
Ash Properties
7880 Gate Pkwy #300
Jacksonville, FL 32256-7285

Beesnaz Enterprises Inc
310 South Highland Street
Mount Dora, FL 32757-5702

Bluffton CLIC City Bluffton, LLC
11 Mallett Way
Bluffton, SC 29910-6068

Bode Hyder
163 Puncheon Camp Creek Rd
Hendersonville, NC 28792-8738

Bottom Line Concepts, LLC
3323 NE 163rd St
Suite 302
North Miami Beach FL 33160-5596

Brownsburg Beyond Beelief, Inc.
1570 East US Highway 136
Brownsburg, IN 46112

Bunnell 1003 Bunnell FL, Inc.
1003 East Moody Blvd
Bunnell, FL 32110-5990

CFG Merchant Solutions LLC
2311 Wilson Blvd., 3rd Floor
Reston VA 20190

CLIC City Bluffton, LLC
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 E. Pine St., Ste. 500
Orlando, FL 32801-2774

CLIPPER HOLDINGS INC.
C/O Elias M Yazbeck
4119 Montrose Blvd, Suite 470
Houston, TX 77006-4966

(c)CANTON 995 CANTON TX, INC.
105 PRIVATE ROAD 6243
CANTON TX 75103-1600

Canton NC Canton NC Hive, Inc.
43 Crestview Street
Canton, NC 28716-4880

Carol Woodward
2548 West Wolfensberger Road
Castle Rock, CO 80109-9635

Carothers Corner, PA
c/o Exo Legal PLLC
PO Box 121616
Nashville, TN 37212-1616

Castaway Technology Solutions
280 Fentress Blvd
Daytona Beach, FL 32114-1228

Centerstate LLC
Attn: Doc Hyder & Boyd Hyder
163 Puncheon Camp Creed Rd
Hendersonville, NC 28792-8738

Chesley Ave Eustis Inc
310 South Highland Street
Mount Dora FL 32757-5702

Clearwater
3130 Clearwater FL, Inc.
3130 N McMullen Booth
Clearwater, FL 33761-2025

Collin County Tax Assessor/Collector
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069-3276

Colorado Department of Revenue
Attn: Bankruptcy
PO Box 17087
Denver, CO 80217-0087

Colorado Department of Revenue
P.O. Box 17087
Denver, CO 80217-0087

Colorado Springs (Cordera)
Pearl Pass View, Inc.
10085 Pearl Pass View
Colorado Springs, CO 80924-8220

Colorado Springs (Dublin Ave)
Dublin CO KCUSA, Inc
1865 Dublin Blvd
Colorado Springs, CO 80918-1212

Columbia 300 Columbia TN Inc
300 E. James Campbell Blvd.
Columbia, TN 38401-6375

Corpus Christi
4926 Corpus Christi TX, Inc,
4926 Greenwood Drive
Corpus Christi, TX 78416-1343

Corpus Christi 2
13122 Corpus Christi TX, Inc.
13122 IH 37
Corpus Christi, TX 78410-4507

Crystal River
Kid City USA Crystal River, Inc.
243 N.E. 7 th Terrace
Crystal River, FL 34428-3519

Daycare Holdings Premier
Properties
Attn: Ruger Kerstien
1 DCB Plaza STE 100
Jasper, IN 47546-0099

Daytona Beach East
Double H Daytona East, Inc.
1122 Dr Mary McLeod Bethune Blvd
Daytona Beach, FL 32114-2934

DeLand 2
Kid City USA DeLand 2, Inc
238 S Amelia Ave.
Deland, FL 32724-5914

DeLand Jaura, Inc.
404 N. Orange Ave.
Deland, FL 32720-4115

Deborah Fekany
2684 Mariota Ridge
Clermont, FL 34715-0092

Deltona 2 Family Happens Here Too, Inc.
1859 Providence Blvd.
Deltona, FL 32725-3800

Deltona Family Happens, Inc.
1382 Howland Blvd. #126
Deltona, FL 32738-9743

Diamond Heights LLC
Attn: David Chaimowitz
670 Mesa Grande Drive
Palm Desert, CA 92211-8983

Dmello Strategic Properties
Attn: Harshith Dmello
6610 Ashford Falls Lane
Sugar Land, TX 77479

Dmello Strategic Properties, LLC
Dmello Hospitality, LLC
c/o Richard R. Thames, Esq.
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202-3614

Double H Port Orange North, Inc.
3749 South Nova Road
Port Orange FL 32129-4233

Dream Beelievers, Inc.
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

Druanne Weir
B&E Properties
610 N Garden Street Ste 300
Columbia, TN 38401-3254

Duluth 4278 Duluth GA, Inc.
4278 Abbotts Bridge Rd
Duluth, GA 30097

Durbin Hive and Honey, LLC
14985 Old St. Augustine Rd Suite 120
Jacksonville, FL 32258-9479

Duval County Tax Collector
Kelly Papa, Assistant General Counsel
117 West Duval Street, Suite 480
Jacksonville FL 32202-5721

Duval County Tax Collector
c/o Laura Boeckman
117 W. Duval St., Suite 480
Jacksonville, FL 32202-5721

EBF Holdings, LLC
dba Everest Business Funding
102 W. 38th Street
6th Floor
New York, NY 10018-3664

EBF Holdings, LLC d/b/a Everest Business Fun
Michael Reppas, Esq.
12496 NW 25 Street
Sweetwater, FL 33182-1505

ECHO Real Estate Group CO7
Attn: bob Reich
200 Fillmore St.
Suite 310
Denver, CO 80206-5024

ECHO Real Estate Group CO7, LLC
730 Seventeenth Street, Suite 200
Denver, CO 80202-3506

Edgewater Kid City USA Edgewater, Inc.
2311 S. Ridgewood Ave.
Edgewater, FL 32141-4228

Edward Twining Jr.
6308 Forester Drive
Huntington Beach CA 92648-6612

Edward Twining Jr.
6309 Forester Drive
Huntington Beach, CA 92648

Eileen Martin Hidalgo
10750 Nw 6th Ct
Miami, FL 33168-3258

Elkhart RAM Elkhart Hive, Inc.
631 Simpson Ave.
Elkhart, IN 46516-4725

Elliott, Thomason & Gibson,
511 N. Akard, STE 202
Dallas, TX 75201-6615

Elliott, Thomason & Gibson,
Attention: Wyatt Maxwell
511 N. Akard, STE 301
Dallas, TX 75201-6615

Emelita Cananea
600 17th Street
Suite 2800
Denver, CO 80202-5428

Euless 2400 Euless TX, Inc.
2440 Fuller Wiser Road
Euless, TX 76039-8036

Eustis Chesley Ave Eustis, Inc.
201 W Chesley Ave.
Eustis, FL 32726-6106

Evansville The Lee Hive, Inc.
240 S Rosenberger Avenue
Evansville, IN 47712-4752

FedEx
942 South Shady Grove Rd.
Memphis, TN 38120-4117

Fernandina Beach
1986 Fernandina Beach FL, Inc.
1986 Citrona Dr.
Fernandina Beach, FL 32034-4491

Fishers 45 & Growing, Inc.
9000 Fitness Lane
Fishers, IN 46037-8230

Flagler Beach 250 Flagler Beach FL, Inc.
250 Old Kings Rd. S.
Flagler Beach, FL 32136-4321

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Ford Motor Credit Company, LLC
P.O. Box 650575
Dallas, TX 75265-0575

Forest Edge
Woodland Park Bee Hive, Inc.
501 Forest Edge Rd.
Woodland Park, CO 80863

Franklin TN 330 Franklin TN Hive, Inc.
330 Mayfield Drive, Building B
Franklin, TN 37067-7203

Franklin Township Keep Beelieving, Inc.
8046 E Southport Road
Indianapolis, IN 46259-6800

Friendswood 1601 Friendswood TX, Inc.
1601 W Parkwood Avenue
Friendswood, TX 77546-8904

Fruit Cove Wings 2 Fly, LLC
1461 Fruit Cove Rd S,
Saint Johns, FL 32259-3179

G.E.R., a minor
10750 Nw 6th Ct
Miami, FL 33168-3258

Gainesville Nana s Hive, Inc.
1127 NW 7 th Ave.
Gainesville, FL 32601-2928

Garland 1521 Garland TX, Inc.
1521 & 1613 Rowlett Rd
Garland, TX 75043

Ginna Bruner
19 Campbell Ave
Indianapolis, IN 46219-6027

Glen St. Mary Baker Buzz, LLC
10274 N. Sherman Ave.
Glen Saint Mary, FL 32040-5090

Granbury 1 TX
2111 KCUSA Granbury 1 TX, Inc.
2111 E US Highway 377
Granbury, TX 76049-5951

Granbury 2 TX
3007 KCUSA Granbury 2 TX, Inc.
3015 James Rd.
Granbury, TX 76049-2902

Grand Junction 1
3170 D Grand Junction CO, Inc.
3170 D Road
Grand Junction, CO 81504

Grand Junction 2
2880 Elm Grand Junction, Inc.
2880 Elm Avenue
Grand Junction, CO 81501-5068

Grand Junction 3
493 Grand Junction 3 Hive, Inc.
493 28 Rd
Grand Junction, CO 81501

Great America Financial
625 First St. S.E.
Cedar Rapids, IA 52401-2031

Great America Financial (FPL)
General Mail Facility
Miami, FL 33188-0001

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

Greeley
4059 W 11 th St., Inc.
4059 W. 11 th Street
Greeley, CO 80634-2530

Green Grass Holdings, LLC
d/b/a Orange Capital
Isaac H. Greenfield, PLLC
2 Executive Blvd, Ste 305
Suffern, NY 10901-8219

Greenwood R & R Honey Grove, Inc.
1111 South Park Drive
Greenwood, IN 46143-9059

Hampton Marley s Buzz, LLC
10228 N Division Street
Hampton, FL 32044-4553

Heathrow Little Newtons Heathrow, LLC
1032 AAA Drive.
Lake Mary, FL 32746-5060

Herrera s Link College Park,
2828 Edgewater Dr.
Orlando, FL 32804-4442

Highlands Ranch
8373 Highlands Ranch, Inc.
8373 Burnley Court
highlands Ranch, CO 80126-2405

Holly Hill 1501 Holly Hill FL, Inc.
1501 N. Nova Rd.
Daytona Beach, FL 32117-3048

Hoosier Bee, Inc.
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

IPFS
P.O. Box 730223
Dallas, TX 75373-0223

Igloo ISV LLC
1401 Lawrence St.
Ste 1600
Denver, CO 80202-2531

Independence Square, Inc.
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

Indiana Department of Revenue
P.O. Box 7224
Indianapolis, IN 46207-7224

Internal Revenue Service
Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0002

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iskra Corpus Christi LLC
Attn: santosh Ameti
900 Utterback Store Rd
Great Falls, VA 22066-1535

Iskra Corpus Christi, LLC
900 Utterback Store Rd,
Great Falls, VA 22066-1535

Jacksonville Heights
Jacksonville Heights KCUSA, Inc.
4056 Fouraker Rd
Jacksonville, FL 32210-3590

Jacksonville NC Coastal Hive, Inc.
251 Northwest Circle
Jacksonville, NC 28546-6763

Jane H. Downey
Baker, Donelson, Bearman, Caldwell & Ber
1501 Main St., Ste. 310
Columbia, SC 29201-2881

Jason L. Harr
The Harr Law Firm
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, FL 32114-4929

Jasper Baden Strasse
4312 Baden Strasse,, Inc.
4312 Baden Strasse Rd.
Jasper, IN 47546-9149

Jasper Kid City USA Jasper, Inc.
600 N. Truman Rd.
Jasper, IN 47546-7867

Jasper Northwood
Kid City USA Jasper Northwood, Inc.
583 Northwood Ave.
Jasper, IN 47546-1200

Jasper Northwood
Kid City USA Jasper Northwood, Inc.
Jasper, IN 47546

Jeffrey Trousdale
Cohne Kinghorn, P.C.
111 E. Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Jennifer Pena
2701 Darwin Court
Orange Park, FL 32065-5834

John Mullman/Lake Norman
P.O. Box 650575
Dallas, TX 75265-0575

John Mullman/Lyons
9 Dunes Row
Fernandina Beach, FL 32034

Julio Cesar Ramis
Eileen Martin-Hidalgo
2031 Harbell Ave SW
Palm Bay FL 32908-1416

Keep Beelieving, Inc.
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

Kelly Webmasters
13423 Blanco Rd
San Antonio, TX 78216-2187

Ken Atlee (Jax Heights) CO's
5851 Timuquana Rd Suite 301
Jacksonville, FL 32210-7899

Kevin A. Forsthoefel
Ausley McMullen
Post Office Box 391
Tallahassee, Florida 32302-0391

Kid City USA - Meridian Park, Inc.
c/o Connor D. Hicks, Esq.
301 E. Fourth Street
Suite 2800
Cincinnati, OH 45202-4257

Kid City USA Crystal River, Inc.
B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

Kid City USA Enterprise
1899 S Clyde Morris Blvd
Daytona Beach, FL 32119-1580

Kid City USA Enterprises, Inc.
c/o Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Kid City USA Global Leadership Academy
8985 Lonestar Rd.
Jacksonville, FL 32211-5195

Kimberly Held Israel, Esq.
Kaufman Dolowich
c/o Beemer & Associates XX, LLC
301 E. Pine Street, Suite 1150
Orlando, FL 32801-2741

Kimberly Held Israel, Esq.
Kaufman Dolowich
c/o The Shoppes of Aberdeen, LLC
301 E. Pine Street, Suite 1150
Orlando, FL 32801-2741

Kindling Savvy LLC
3042 Hoffner Ave.
3042 Hoffner Ave.
Belle Isle, FL 32812-1062

Kinsey, Vincent, Pyle, P.L.
150 S Palmetto Ave., #300
Daytona Beach, FL 32114-4382

Kokomo
1998 Bent Creek Road
Kokomo, IN 46901

Kruz Holdings LLC
4605 Old Carriage Trail
Oviedo, FL 32765-5409

L. William Porter III, Esq.
LATHAM, LUNA, EDEN & BEAUDINE LLP
201 S. Orange Avenue, Suite 1400
Orlando, Florida 32801-3483

La France Cutler LLC
Attn: Maria La France
4924 Country Club Blvd
Des Moines, IA 50312-1912

Lake City
Lake City Hive, Inc.
1290 SE Baya Drive
Lake City, FL 32025-4888

Lake City 2 Ohana Hive, Inc.
522 NW Turner Ave.
Lake City, FL 32055-7195

Lake Mary Little Newtons Academy, LLC
2720 W. Lake Mary Blvd
Lake Mary, FL 32746-3524

Lake Norman
19619 W Catawba Ave, Inc.
19619 West Catawba Ave.
Cornelius, NC 28031-4002

Lake Wales Sunny Bees Preschool, LLC
712 N. Scenic Hwy
Lake Wales, FL 33853-3208

Las Vegas
4930 Bonanza Las Vegas, Inc.
4930 E. Bonanza Rd.
Las Vegas, NV 89110-3505

Las Vegas 2
5120 Eastern Las Vegas, Inc.
5120 S Eastern Avenue
Las Vegas, NV 89119-2305

Las Vegas 3
555 Page Las Vegas NV, Inc.
555 Page Street
Las Vegas, NV 89110-3352

Lawn Care City , LLC
320 Ponce De Leon Blvd.
De Leon Springs, FL 32130-3377

Lebanon Still Beelieving, Inc.
924 S Meridian Street
Lebanon, IN 46052-2723

Lee s Summit 850 Swann Hive, LLC.
850 NE Swann Road
Lees Summit, MO 64086-5614

Leesburg ACY Times Three, LLC
710 Carpenter Ave.
Leesburg, FL 34748-5602

Leo 14621 Amstutz KCUSA, Inc.
14621 Amstutz Road
Leo, IN 46765-9606

Lewisburg 1 964 Lewisburg TN Hive, Inc.
964 N. Ellington Pkwy
Lewisburg, TN 37091-2225

Lexington 2 1224 Lexington SC, Inc.
1224 Old Cherokee Road
Lexington, SC 29072-9579

Lexington 952 Lexington SC, Inc.
952 Old Cherokee Road
Lexington, SC 29072-8123

Longleaf Pine Parkway, Inc.
3655 Longleaf Pine Pkwy
Saint Johns, FL 32259-9529

Longmont
1941 Longmont CO, Inc.
1941 Terry St.
Longmont, CO 80501-1803

Longwood East Ma and The Beehive, Corp.
382 W SR 434
Longwood, FL 32750-5116

Lori Strickland
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 E. Pine St., Ste. 500
Orlando, FL 32801-2774

MAD A Team
160 Business Center Drive
Ormond Beach, FL 32174-2993

MacClenny
MacClenny Macclenny 5418, LLC
5418 County Rd 23B
Macclenny, FL 32063-4145

Mangu LLC
Armistead W. Ellis, Jr., P.A.
c/o Armistead W. Ellis, Jr.
Post Office Box 127
Daytona Beach, FL 32115-0127

Mangu, LLC
P. O. Box 127
Daytona Beach, FL 32115-0127

Martin Hoffman and
Devorah J. Torres Trustees
23500 Park Sorrento Unit E21
Calabasas, CA 91302-4129

Mayfield Paper Company, Inc.
P.O. Box 3889
San Angelo, TX 76902-3889

McCordsville Dream Beelievers, Inc.
7409 N 600 W.
Mc Cordsville, IN 46055-9339

Melbourne 4950 Dairy Rd, Inc.
4950 Dairy Rd.
Melbourne, FL 32904-8413

Menachem Mayberg
10750 NW 6th Ct
Miami, FL 33168-3258

Mercedes Benx Financial Services USA, LLC
c/o Lennox Law, P.A.
PO Box 20505
Tampa, Florida 33622-0505

Mercedes Benz Fin. Serv.
c/o AMO Recoveries
5655 Peachtree Pkwy
Ste 213
Norcross, GA 30092-2828

Meridian Park
Kid City USA Meridian Park, Inc.
130 E 30th Street
Indianapolis, IN 46205-3904

Michael Steppig
c/o Elizabeth Toms
Morgan & Morgan
501 Riverside Ave. #1200
Jacksonville, FL 32202-4943

Middleburg ANNC Middleburg, Inc.
29 Cinnamon St.
Middleburg, FL 32068-4819

Midway Associates
c/o MIchael Konen, Esq.
PO Box 24628
Lakeland, FL 33802-4628

Milestone Bank
50 West Big Beaver Rd., Suite 245
Troy, MI 48084-5290

Montfort Rentals LLC
Attn: Mark Montfort
P.O. Box 870
Lyons, GA 30436-0870

Montfort Rentals, Inc
887 W Liberty Ave
Lyons, GA 30436-5620

Mount Dora BeesNaz Enterprises, Inc.
310 South Highland St Mount Dora, FL 327
Mount Dora, FL 32757-5702

NAJM Property Management LLC
Javed Khader Eliyas
36 Old Stone Crossing
West Hartford, CT 06117-1859

Nana's Hive, Inc.
310 South Highland Street
Mount Dora, FL 32757-5702

Nazreen Mohammed
310 South Highland Street
Mount Dora, FL 32757-5702

New Smyrna Beach
1890 S.R. 44
New Smyrna Beach, FL 32168

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640

North Richland Hills
8304 North Richland Hills TX, Inc.
8304 Starnes Rd
North Richland Hills, TX 76182-6035

Oakleaf Another Spare Hive, INC.
8720 Collins Rd.
Jacksonville, FL 32244-5423

Ocala 2 nd St
Kerr Collaborative 2 nd Street, Inc.
2125 NE 2 nd St.
Ocala, FL 34470-6950

Ocala 35 th St
Ocala 35th Hive Inc
180 SE 35 th St.
Ocala, FL 34471-5116

Ocala 35th Hive, Inc.
310 South Highland Street
Mount Dora, FL 32757-5702

Ocala James Early Education Enterprises
819 SE 1 st Terrace
Ocala, FL 34471-4233

Olesya Karakosta
4650 St Croix Lane, Apt. 738
Naples, FL 34109-3545

Ormond Beach 2 LC and MM Adventures, Inc
160 Business Center Drive
Ormond Beach, FL 32174-2993

Ormond Beach Rich Bee, Inc.
50 Coolidge Ave.
Ormond Beach, FL 32174-6248

Oviedo Moonlight Industries, LLC
204 Alexandria Blvd.
Oviedo, FL 32765-6294

PEAC Solutions
P.O. Box 13604
Philadelphia, PA 19101-3604

Palatka Palatka Hive, Inc.
3420 St. Johns Ave.
Palatka, FL 32177-4020

Palm Bay 1516 Norman Street, Inc.
1516 Norman Street NE
Palm Bay, FL 32907-2504

Palm Coast KCUSA Palm Coast. Inc.
515 Palm Coast Pkwy SW, Suite 27
Palm Coast, FL 32137-5702

Panama City The Beehive of Panama City
7221 Patronis Dr.
Panama City, FL 32408-5744

Par4 Properties LLC
Attn: Ben Veltein
180 Miller Drive
Dancono, CO 80514-9420

Paradise 2699 SR 261, Inc.
2699 St Route 261
Newburgh, IN 47630-9585

Pearland 12152 Pearland TX, Inc.
12152 Shadow Creek Pkwy
Pearland, TX 77584-7287

Petersburg
106 W Pike Ave Petersburg IN, Inc.
106 West Pike Avenue
Petersburg, IN 47567-8750

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176-0251

Pilot Point
1200 Pilot Point TX, Inc.
1200 S Washington St
Pilot Point, TX 76258-4335

Pinnacle East LLC
102 N Cascade Ave
Suite 550
Colorado Springs, CO 80903-1427

Pisgah Forest Forest Hive, Inc.
1131 Wilson Road
Pisgah Forest, NC 28768-8501

Plainfield Plainfield Learning Hive, LLC
147 Meijer Drive
Plainfield, IN 46168-1708

Port Orange Allgood Learning, Inc.
3911 S. Nova Rd.
Port Orange, FL 32127-4910

Port Orange North
Double H Port Orange North Inc.
3749 S Nova Rd.
Port Orange, FL 32129-4233

Pueblo West
973 Spaulding Ave., Inc.
973 East Spaulding Ave.
Pueblo, CO 81007-3510

Pulaski TN 110 N 8 St Pulaski TN, Inc.
110 N 8 th Street
Pulaski, TN 38478-2617

Puppy Dog Tails Inc
Attn: Dylane Tuberville
24 SW Beacon Way
Lake City, FL 32025

RG Holdings I, LLC
Attn: Jason Racine
5652 Peaking Fox Drive
Indianapolis, IN 46237-9533

RJ Properties
PO Box 837
Venice, CA 90294-0837

Ram Gupta
71 Overlook Drive
Carlisle, MA 01741-1247

Randstad North America, Inc.
368 West Granada Blvd
Ormond Beach, FL 32174-6274

Randstad US
One Overton Park
3625 Cumberland Blvd, Suite 600
Atlanta, GA 30339-6406

Realty Income Corporation
11995 El Camino Real
San Diego, CA 92130-2539

Redlands Christian Migrant
Association - Isabel Garcia
402 W main St
Immokalee, FL 34142-3933

Riverview Riverview Big Bend, Inc.
11329 Big Bend Rd.
Shalimar, FL 32579

Robert W. Hatch, II
Hatch Ray Olsen Conant LLC
730 Seventeenth Street, Suite 200
Denver, CO 80202-3506

Royal Pines Drive, Inc.
2701 Darwin Court
Orange Park, FL 32065-5834

Royal Pines Shopping Center BLDG B, LLC
c/o William B. McDaniel
Lansing Roy, P.A.
1710 Shadowood Ln., Ste 210
Jacksonville, FL 32207-2184

SANTA TERESA CAPITAL, LLC
601 N Mesa St. #1500
El Paso, TX 79901-1267

SE Clearwater FL KCU LLC
7150 Skillman St Suite 160
#201
Dallas, TX 75231-5610

SH CC TX 2 LLC
Attn: Adam Smith
7150 Skillman St Suite 160 ,
#201
Dallas, TX 75231-5610

SH CC TX, LLC
Attn: Adam Smith
7150 Skillman Street, STE 16
Dallas, TX 75231-5609

SH Granbury TX 2, LLC
Attn: Adam Smith
7150 Skillman Street, STE 16
Dallas, TX 75231-5609

SHRE Holdings LLC
7150 Skillman St Suite 160,
#210
Dallas, TX 75231-5610

SSBBA TER LLC
c/o Elizabeth Billhimer, Esq
4475 Legendary Drive
Destin, FL 32541-5324

SSBBA TER, LLC
c/o Nicolette C. Vilmos
Berger Singerman, LLP
111 N Magnolia Ave Ste 1450
Orlando, FL 32801-2376

SSBBA TER, LLC and ABBSS, INC.
c/o Edward J. Peterson, Esq.
101 E. Kennedy Boulevard, Suite 1165
Tampa, FL 33602-5147

SSBBA Ter, LLC
c/o Berger Singerman LLP
Attn.: Edward J. Peterson, Esq.
101 E. Kennedy Blvd., Suite 1165
Tampa, FL 33602-5147

Salvador Gamboa & Carolina
Gamboa Trust
12434 Lucile Street
Los Angeles, CA 90066-6922

Sanford Buzzy Minds, Inc.
1320 Hickory Ave
Sanford, FL 32771-2926

Santa Teresa Capital LLC
601 N Mesa St., Ste 1500
El Paso, TX 79901-1267

Sarasota Hive Sisters Sarasota, Inc.
374 Scott Ave
Sarasota, FL 34243-1919

Savannah CLIC City LLC
621 Stephenson Ave.
Savannah, GA 31405-5970

Sawh LLC
15565 Sleepy Creek Rd
El Cajon, CA 92021-6035

Scarlet Steppig
c/o Kristen B. Bohlman
Farah & Farah
1539 Blanding Blvd.
Middleburg, FL 32068-4091

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Seltzer Mayberg, LLC
10750 NW 6th Court
Miami, FL 33168-3258

Sergio Cervantes
4502 Underwood St.
Dallas, TX 75216-7253

Shellpoint Mortgage Loan
P.O. Box 619063
Dallas, TX 75261-9063

(p)THE SHERWIN WILLIAMS COMPANY
ATTN ATTN BANKRUPTCY LEGAL DEPARTMENT
1 SHERWIN WAY
ATTN THE LEGAL DEPT - 35TH FLOOR
CLEVELAND OH 44113-2206

(p)SIMMONS BANK
POST OFFICE BOX 733
UNION CITY TN 38281-0733

Simmons Bank
c/o Angela Grewal, Esq.
ADAMS AND REESE, LLP
501 Riverside Ave, Suite 601
Jacksonville, FL 32202-4937

Soddy Daisy Brighter Days, Inc.
9834 Dayton Pike
Soddy Daisy, TN 37379-4712

South Carolina Department of Revenue
300 Outlet Pointe Blvd.
Columbia, SC 29210-5658

South Daytona Double H Education, Inc.
712 Reed Canal Rd.
Daytona Beach, FL 32119-3242

Southpointe RARA, Inc.
8830 Southpointe Drive
Indianapolis, IN 46227-0988

Spectrum
P.O. Box 7186
Pasadena, CA 91109-7186

St. Augustine
481 St Augustine FL, Inc.
481 Shores Boulevard
Saint Augustine, FL 32086-7350

St. Cloud Herrera s Link Investments, In
1422 Virginia Ave.
Saint Cloud, FL 34769-4519

Stanton Group Inc
P.O. Box 123
Brentwood, TN 37024-0123

Starke Honey Buzz, LLC
202 West Market Road
Starke, FL 32091-1519

Stephen D. and Nancy D. Moon
1909 Vineyard Way
Tallahassee FL 32317-7916

Still Beelieving, Inc.
c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 East Pine Street, Suite 500
Orlando, FL 32801-2774

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

TUI
2230 Hibiscus Dr.
Edgewater, FL 32141-4719

Tania Sidella
The Englebrecht Partnership
845 Corrlente Point Dr
Redwood City, CA 94065-1284

Taylor Air, L.L.C.
111 E Broadway, 11th Floor
Salt Lake City, UT 84111-5238

Tennessee Department of Revenue
500 Deaderick St.
Nashville, TN 37242-0002

Tennessee Department of Revenue
c/o Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Terrell 400 Terrell TX, Inc.
400 9th Street
Terrell, TX 75160-2032

The Engelbrecht Partnership
1221 Broadway, Suite 2400
Nashville, TN 37203-7238

The Englebrecht Limited Partnership
845 Corriente Point Drive
Redwood City, CA 94065-1284

The Rosenthal Group
Attn: Richard Rosenthal
4337 Marina City Dr. #239
Marina Del Rey, CA 90292-5846

The Wang Family Trust
Attn: Steven Wang
1032 South 4th Avenue
Arcadia, CA 91006-4218

Thompson / LKJ Properties
Attn: john Thompson
P.O. Box 2451
Brentwood, TN 37024-2451

Tyler 2101 Tyler TX, Inc.
2101 Shiloh Road
Tyler, TX 75703-2615

U-LINE
P.O. Box 88741
Chicago, IL 60680-1741

U.S. Securities & Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

U.S. Small Business Administ
200 W. Santa Ana Blvd
Suite 740
Santa Ana, CA 92701-7534

U.S. Small Business Administration
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256-7543

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - JAX 11
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Valliant Properties & Investments, LLC
c/o Kelly Hart; Attn: Joseph Austin
201 Main Street, Suite 2500
Fort Worth, TX 76102-3129

Vero Beach
760 Vero Beach FL, Inc.
760 20th Avenue
Vero Beach, FL 32962-1418

Volusia County Tax Collector
123 W. Indiana Ave.
Deland, FL 32720-4602

Vorbeck Equities
4470 Northgate Court
Sarasota, FL 34234-2121

Vorbeck Family Limited Pship
7150 Skillman St Suite 160,
#201
Dallas, TX 75231-5610

WG Lake Murray LLC
650 Northwoods Rd
Seeley Lake, MT 59868

WILL ROBERTS TAX COLLECTOR
123 W INDIANA AVE RM 103
DELAND FL 32720-4615

Wales Land Co
Attn: Paula Wales
7426 Douglas Lake Ranch Rd
Fort Collins, CO 80524-8620

Wang Family Trust
1032 S 4th Avenue
Arcadia, CA 91006-4218

Washington NC Washington NC Hive, Inc.
1301 N Bridge Street
Washington, NC 27889-4877

Waynesville First NC Hive, Inc.
333 Access Road
Waynesville, NC 28785-8904

Wekiva 3 M s and a Bea, Inc.
935 Wekiva Springs Rd.
Longwood, FL 32779-2501

Westfield Westfield IN KCUSA, Inc.
1769 W Tournament Trail
Westfield, IN 46074-6219

Willa Springs LLP
Attn: Bright Skinner
76 San Juan Drive
Ponte Vedra Beach, FL 32082-1330

Willis Gaines & Alma Gaines
318 Furches Street
Raleigh, NC 27607-4016

Willis Gaines & Alma Gaines
c/o Jane H. Downey
1501 Main Street, Ste. 310
Columbia, SC 29201-2881

Wilson 1805 Wilson, Inc.
1805 Forest Hills Rd West
Wilson, NC 27893-3412

Winter Park Kid City USA Winter Park, In
3650 Howell Branch Rd.
Winter Park, FL 32792-1711

Winter Springs JM Starlight, LLC
1015 Willa Springs Dr.
Winter Springs, FL 32708-5235

Woodland Park
Woodland Park Hive Inc.
520 E. Midland Ave
Woodland Park, CO 80863-3117

c/o B. Travis Brown, Esq.
Brennan, Manna & Diamond, P.L.
301 E. Pine St., Ste. 500
Orlando, FL 32801-2774

Armistead W. Ellis
319 North Ridgewood Ave
Daytona Beach, FL 32114-3245

Byron Wright III
Bruner Wright, P.A.
2868 Remington Green Circle
Tallahassee, FL 32308-3755

Jason B. Burnett
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

Lori Strickland
28 Coventry Court
Bluffton, SC 29910-5706

Matthew C. Wasserman
222 West Adams Street
Suite 3400
Chicago, IL 60606-5258

Robert C Bruner
Bruner Wright, P.A.
2868 Remington Green Circle
Tallahassee, FL 32308-3755

S Grier Wells
GrayRobinson, P.A.
50 N Laura St., Suite 1100
Jacksonville, FL 32202-3611

Samantha A. Kelley
Bruner Wright, PA
2868 Remington Green Circle
Suite B
Tallahassee, FL 32308-3755

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Ave
Indianapolis, IN 46204

Sherwin Williams
101 W. Prospect Ave.
Cleveland, OH 44115

Simmons Bank
P.O. Box 7009
Pine Bluff, AR 71611-7009

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Canton 995 Canton TX, Inc.
995 W. Hwy 243
Canton, TX 75103

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AABBS INC.

(u)Gaines, Willis & Alma

(u)SSBBA TER LLC

(u)Simmons Bank
c/o Thomas Lobello, III, Esquire

(d)2655 Mannheim, LLC
c/o Allan E. Wulbern
Smith Hulsey & Busey
1 Independent Drive, Suite 3300
Jacksonville, FL 32202-4494

(d)B. Travis Brown
Brennan Manna & Diamond, LLC
301 E. Pine Street, Ste. 500
Orlando, FL 32801-2774

(d)B. Travis Brown
Brennan Manna & Diamond, LLC
301 E. Pine Street, Suite 500
Orlando, FL 32801-2774

(u)Beemer & Associates XX, L.L.C.

(d)Hive Investments, Inc.
3911 South Nova Rd.
Port Orange, FL 32127-4910

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(d)Par4 Properties, LLC
180 Miller Drive
Dancono, CO 80514-9420

(u)Riverview Big Bend, Inc.

(d)Royal Pines Shopping Center BLDG B, LLC
1824 Town Center Blvd., Suite 201
Fleming Island, FL 32003-2312

(u)The Shoppes of Aberdeen, LLC

(u)Danielle Diller
Dinsmore & Shohl, LLP

(u)Georgia Evans
Professional Management Systems, Inc.

(d)Nazreen Mohammed
310 South Highland Street
Mount Dora, FL 32757-5702

(u)Stephen D. Moon

End of Label Matrix
Mailable recipients 369
Bypassed recipients 18
Total 387